# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.03-01-00550-CV

### Consolidated Concepts, Inc., Appellant

### v.

### Large & Sons Foundation Drilling, Inc., Appellee

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 255,352, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

Appellant Consolidated Concepts, Inc., filed an unopposed motion to dismiss its appeal, explaining that the parties settled the case.

The Court grants appellant's motion and dismisses its appeal. *See* Tex. R. App. P. 42.1(a)(2).

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant's Motion

Filed: April 18, 2002

Do Not Publish